1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ALEJANDRO RAMIREZ-TRUJILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-158-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER;** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| ALEJANDRO RAMIREZ-TRUJILLO, | ) | **AND EXCLUDING TIME** |
| Defendant. | ) | Date: June 28, 2012 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ALEJANDRO RAMIREZ-TRUJILLO, that the status conference hearing date of May 31, 2012 be vacated, and the matter be set for status conference on June 28, 2012 at 9:00 a.m.

   The reason for this continuance is to allow the defendant time to present to the government mitigating evidence related to his pending federal case. Because marshaling this evidence will require the defense to obtain information from sources outside Sacramento, after which the defense must review the information, and then present it to the government, the parties agree this case falls outside the usual

parameters of prosecutions under Title 8 U.S.C. §1326, thus allowing the parties additional time to prepare.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 28, 2012 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 4, 2012.                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Caro Marks
                                        CARO MARKS
                                        Designated Counsel for Service
                                        Attorney for
                                        Alejandro Ramirez-Trujillo

DATED: June 4, 2012.                    BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Caro Marks for
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 31, 2012, status conference hearing be continued to June 28, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the June 28, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE