1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ALEJANDRO RAMIREZ-TRUJILLO
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       ) NO. CR.S-12-158-MCE
11                                  )
              Plaintiff,            )
12                                  ) **STIPULATION AND ORDER;**
        v.                          ) **CONTINUING CHANGE OF**
13                                  ) **PLEA/JUDGMENT AND SENTENCING AND**
   ALEJANDRO RAMIREZ-TRUJILLO,      ) **EXCLUDING TIME**
14                                  )
              Defendant.            ) Date: July 19, 2012
15 _____  ) Time: 9:00 a.m.
                                      Judge: Hon. Morrison C. England Jr.
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, CHRISTOPHER HALES, Assistant United States

19 Attorney, and CARO MARKS, attorney for ALEJANDRO RAMIREZ-TRUJILLO, that

20 the change of plea/sentencing hearing date of July 5, 2012 be vacated,

21 and the matter be set for change of plea/sentencing July 19, 2012 at

22 9:00 a.m.

23      The reason for this continuance is to allow the defense time to

24 complete its review of the government's evidence in the case, and to

25 consult with the defendant about his sentencing guidelines. This case

26 took an unusual turn when the defendant and government jointly

27 explored a guidelines departure.

28 ///

The departure issue is now resolved, and the defendant needs additional time to get the case back on to the "fast track". As the defendant signed his plea agreement within the "Fast Track Policy deadline, he expects to be sentenced pursuant to that policy, and just needs additional time to review his immigration file and pre-Plea Report.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 19, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  July 6, 2012.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for
                                         Alejandro Ramirez-Trujillo

DATED:  July 6, 2012.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         CHRISTOPHER HALES
                                         Assistant U.S. Attorney


///

///

///

///

///

2

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 5, 2012, status conference hearing be continued to July 19, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the July 19, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: July 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE